IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOSHUA PATRICK SMITH, | CV 24-185-BU-DLC |
| Plaintiff, | |
| vs. | ORDER |
| BUTTE-SILVER BOW COUNTY, ET AL., | |
| Defendants. | |

Plaintiff Joshua Patrick Smith has filed a motion to dismiss. (Doc. 20.) Federal Rule of Civil Procedure 41(a) provides an avenue for voluntary dismissal. Accordingly, the motion is GRANTED. The above-referenced matter is DISMISSED, without prejudice. The Clerk of Court is directed to close the case. All pending motions are DENIED as moot.

DATED this 1st day of May, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

1